IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DR. HOWARD EISENBERG<br>2501 Hal Circle<br>Baltimore, Maryland 21209<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LLC<br>2711 Centerville Rd.<br>Suite 400<br>Wilmington, Delaware 19808<br><br>Defendant. | *<br>*<br>*<br>*  Civil Action No.<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant, Ocwen Loan Servicing, LLC incorrectly sued as Ocwen LLC ("Ocwen"), hereby removes this action from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland and states as follows:

1. Plaintiff, Dr. Howard Eisenberg ("Plaintiff"), filed a Complaint against Ocwen in the Circuit Court for Baltimore County, Maryland, Case No: 03-C-09-013310, on November 3, 2009. Plaintiff's Complaint seeks damages arising out of Ocwen's alleged breach of a loan modification agreement as well as punitive damages. Plaintiff seeks no less than three million seven hundred fifty thousand dollars ($3,750,000.00) in damages. A copy of the Complaint is attached hereto as Exhibit A.

## I. JURISDICTIONAL BASIS FOR REMOVAL

2. There is jurisdiction over this removed action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in the United States District Court pursuant to 28 U.S.C. § 1332(a). Specifically, the United States District Court has subject matter jurisdiction over this action because there is the requisite diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

### A. Diversity of Citizenship

3. In determining whether diversity is satisfied, the citizenship of the named plaintiff is determined at the time the complaint is filed and at the time of removal. *See generally Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991) (*per curiam*).

4. Based upon the information contained in the Complaint, Plaintiff is, and at the time of the filing of its action was, a resident and citizen of Maryland. *See* Ex. A.

5. Ocwen is a limited liability company organized under the laws of the State of Delaware with its principal place of business in the State of Florida. Its sole member is Ocwen Financial Corp., which is incorporated and has its principal place of business in Florida.

6. This case involves "citizens of different States." 28 U.S.C. §1332(a)(1). Moreover, the Defendant named in the Complaint is not a citizen of the state of Maryland. *See* 28 U.S.C. § 1441(b). Accordingly, there is the requisite diversity of citizenship.

### B. Amount In Controversy

7. Plaintiff seeks no less than three million seven hundred fifty thousand dollars ($3,750,000.00) in damages. *See* Ex. A, at 6-9.

8.  Because Plaintiff seeks relief in excess of seventy-five thousand dollars ($75,000.00), the requisite amount in controversy for federal diversity jurisdiction is satisfied.

## II.  PROCEDURAL REQUIREMENTS FOR REMOVAL

9.  On or about November 18, 2009, Plaintiff served Ocwen's Resident Agent, The Corporation Trust Incorporated with a Summons and copy of the Complaint. Because this Notice of Removal is being filed within 30 days the defendant receiving notice of the action and this action satisfied the requirements of diversity jurisdiction when filed, it is timely under 28 U.S.C. § 1446(b). *See, e.g., Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 334, 119 S.Ct. 1332 (1999); *Carter v. Frito-Lay, Inc.*, 144 Fed. Appx. 815 (11th Cir. 2005).

10.  Copies "of all process, pleadings, and orders served upon" Defendant are attached to this Notice of Removal as Exhibit B, as required by 28 U.S.C. § 1446(a).

11.  As required by 28 U.S.C. § 1441(a), this civil action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 100 (2).

12.  Defendant is filing written notice of this removal, in substantially the form attached hereto as Exhibit C (without exhibits), with the Clerk of the State Court in which the action is currently pending pursuant to 28 U.S.C. § 1446(d). A copy of Defendant's Notice to the Clerk of the Circuit Court for Baltimore County of Filing of Notice of Removal to the United States District Court, together with this Notice of Removal, are being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

13.  The filing fee of three-hundred fifty dollars ($350.00) is attached hereto.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC incorrectly sued as Ocwen LLC respectfully removes this action, Case No: 03-C-09-013310, from the Circuit Court for Baltimore County to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1441.

    Respectfully submitted,

_____
Linda S. Woolf (Federal Bar No. 08424)
Joseph B. Wolf (Federal Bar No. 27882)
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Tel. (410) 783-4000
Fax (410) 783-4040

*Attorneys for Defendant Ocwen Loan Servicing, LLC incorrectly sued as Ocwen LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2009, a copy of Defendant's Notice of Removal was mailed, via first-class mail, postage prepaid to:

Lloyd J. Eisenberg, Esquire
Lloyd J. Eisenberg & Associates
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

*Attorney for Plaintiff*

_____
Joseph B. Wolf

4829-6600-6021