IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOWARD EISENBERG                    *

        Vs.                         *

                                         Civil No.: RDB 09-3393
OCWEN LOAN SERVICING,               *
L.L.C.
                                    *

                                    *

**ORDER**

The Court having conducted a Hearing on Defendant's Motion to Dismiss Counts II and

III of the Amended Complaint (paper #10) and the Plaintiff's Motion to File a Second Amended

Complaint (paper #16), and the Court having reviewed the Briefs of the parties and having heard

oral argument, for the reasons stated on the record;

IT IS HEREBY ORDERED, this 8th day of April, 2010, that:

Defendant's Motion to Dismiss Counts II and III of the Amended Complaint (Paper #10)

is GRANTED; and

Plaintiff's Motion to Amend Plaintiff's Amended Complaint (Paper #16) is DENIED.


_____
Richard D. Bennett
United States District Judge